1  **WO**

2

3

4

5

6      **IN THE UNITED STATES DISTRICT COURT**

7      **FOR THE DISTRICT OF ARIZONA**

8

9  United States of America,                          No. CR-11-01715-008-PHX-NVW

10                    Plaintiff,                       **DETENTION ORDER**

11  v.

12  Jonathan Arellano,

13                    Defendant.

14

15      On May 24, 2016, Defendant appeared before this Court on a petition for

16  revocation of supervised release.  The issue of detention was submitted to the Court.  The

17  Court considered the petition and file in determining whether Defendant should be

18  released on conditions set by the Court.

19      The Court finds that Defendant, having previously been convicted and placed on

20  supervised release, and having appeared before the Court in connection with a petition to

21  revoke his supervised release, has failed to establish by clear and convincing evidence

22  that he is not likely to flee or pose a danger to the safety of the community if released

23  pursuant to Rule 46(d), and Rule 32.1(a)(6), Federal Rules of Criminal Procedure, and 18

24  U.S.C. § 3143.

25      IT IS THEREFORE ORDERED that Defendant be detained pending further

26  proceedings.

27      Dated this 24th day of May, 2016.

28

                                        Honorable Eileen S. Willett
                                        United States Magistrate Judge